UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

USA                                                              Docket Number: 11 CR 755 (SHS)

      -against-                                           NOTICE OF REASSIGNMENT

ANSELMO RODRIGUEZ
------------------------------------------------------

      The above-entitled action is:

---

[ X ] Reassigned to the Hon. SIDNEY H. STEIN (SHS)
      ****FOR SENTENCING****

---

[ ] Reassigned Referral to Hon.                               ,Magistrate Judge

---

[ ] Reassigned Designation to Hon.                            ,Magistrate Judge

---

All further documents submitted in this action must bear the Judge's initials after the docket number

.

                                    Ruby J. Krajick
                                    Clerk of Court

Dated: 03/26/2013                              By:      PHYLLIS ADAMIK
                                           Deputy Clerk